# MAHER & PITTELL, LLP

### ATTORNEYS AT LAW

*Reply To:*                                                         *Long Island Office*
**42-40 Bell Blvd, Suite 302**                                     **14 Bond St, Suite 389**
**Bayside, New York 11361**                                **Great Neck, New York 11021**
**Tel (516) 829-2299**                                        **Tel (516) 829-2299**
*jp@jpittell.com*                                                *jp@jpittell.com*

February 28, 2020

Hon. Katherine Polk Failla
U.S. Courthouse
40 Foley Square
New York, NY 10007



Re: *U.S. v. Nelson, et al*, 18 cr 454 (KPF) {Allen Walker}

Dear Judge Failla:

        I am counsel for Allen Walker, a defendant in the above referenced matter.

        Mr. Walker's is currently scheduled for sentencing on March 13, 2020. Please accept this letter in lieu of a formal motion requesting adjournment of the sentence date. I make this request as I am still awaiting receipt of character letters and other relevant documents which will be included in, or aid in preparation of, the sentencing memorandum to be submitted on behalf of Mr. Walker. In addition, I seek additional time to continue meeting with Mr. Walker and preparing the sentencing memorandum.

        I have conferred with the Government and they consent to this request.

        Subject to the Court's availability, I respectfully request the conference be adjourned to a date during this week of April 27, 2020 (except the afternoon of April 30, 2020).

                                       Respectfully submitted,
                                       /s/
                                     Jeffrey G. Pittell

cc:     Government Counsel of record (by ECF)
         Allen Walker

Application GRANTED.  The sentencing currently scheduled for March 13, 2020, is hereby ADJOURNED to May 5, 2020, at 3:00 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.  Defendant's sentencing submission shall be submitted on or before April 21, 2020.  The Government's sentencing submission shall be filed on or before April 28, 2020.

Dated:      March 2, 2020          SO ORDERED.
            New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE