UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v.- | 18 Cr. 454 (KPF) |
| ALLEN WALKER, | **SCHEDULING ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

Due to restrictions on access to the Courthouse and on Courthouse operations due to the ongoing COVID-19 pandemic, which restrictions are well-documented on the Court's website, the sentencing currently scheduled for May 5, 2020, is hereby ADJOURNED to August 11, 2020, at 3:00 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Defendant's sentencing submission shall be due to the Court on or before July 28, 2020. The Government's sentencing submission shall be due to the Court on or before August 4, 2020.

SO ORDERED.

Dated: April 7, 2020
New York, New York

*Katherine Polk Failla*
KATHERINE POLK FAILLA
United States District Judge