UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 18 Cr. 454 (KPF) |
| ALLEN WALKER, | **SCHEDULING ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for a telephonic conference concerning Defendant's proposed bail package on May 4, 2020, at 12:00 p.m. The dial-in information is as follows: At 12:00 p.m. on May 4, 2020 the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 12:00 p.m.

SO ORDERED.

Dated: May 1, 2020
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge