UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>ALLEN WALKER,<br><br>Defendant. | 18 Cr. 454 (KPF)<br><br>**SCHEDULING ORDER** |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for a telephonic conference concerning Defendant's proposed bail package on May 7, 2020, at 10:00 a.m. The dial-in information is as follows: At 10:00 a.m. on May 7, 2020 the parties shall call (888) 363-4749 and enter access code 5123533.  Please note, the conference will not be available prior to 10:00 a.m.

SO ORDERED.

Dated: May 6, 2020
New York, New York

*Katherine Polk Failla*

KATHERINE POLK FAILLA
United States District Judge