# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*  
**42-40 Bell Blvd, Suite 302**  
**Bayside, New York 11361**  
**Tel (516) 829-2299**  
jp@jpittell.com

*Long Island Office*  
**10 Bond St, Suite 389**  
**Great Neck, New York 11021**  
**Tel (516) 829-2299**  
jp@jpittell.com

July 20, 2020



Hon. Katherine Polk Failla  
U.S. Courthouse  
40 Foley Square  
New York, NY 10007

Re: *U.S. v. Nelson, et al*, 18 cr 454 (KPF) {Allen Walker}

Dear Judge Failla:

    I am counsel for Allen Walker, a defendant in the above referenced matter.

    Please accept this letter in lieu of a formal motion for an adjournment of Mr. Walker's sentencing which is currently scheduled for August 11, 2020.

    As the court is aware, Mr. Walker has been released on bond, due to health concerns in light of the Pandemic. He is currently residing in Georgia. I am requesting an adjournment as I seek to have the sentencing proceed at a time when it can occur in person, and, in the event a custodial sentence is imposed, at a time when it will be safe for Mr. Walker to return to custody. At this point, it is apparent that these circumstances will exist by the upcoming sentence date. Accordingly, I respectfully request the sentencing be adjourned for approximately three months to a date in mid-November.

    I have conferred with the Government and they consent to this request.

                                         Respectfully submitted,  
                                           /s/  
                                         Jeffrey G. Pittell

cc:    Frank Balsamello, AUSA  
        Government counsel of record (by ECF)  
        Allen Walker

Application GRANTED.  The sentencing hearing currently scheduled for August 11, 2020, is hereby AJDOURNED to November 19, 2020, at 3:00 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Defendant's sentencing submission shall be due to the Court on or before November 6, 2020. The Government's sentencing submission shall be due to the Court on or before November 12, 2020.

Dated:    July 20, 2020          SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE