MEMO ENDORSED

# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*
42-40 Bell Blvd, Suite 302
Bayside, New York 11361
Tel (516) 829-2299
jp@jpittell.com

*Long Island Office*
10 Bond St, Suite 389
Great Neck, New York 11021
Tel (516) 829-2299
jp@jpittell.com

January 17, 2021

Hon. Katherine Polk Failla
U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *U.S. v. Nelson, et al*, 18 cr 454 (KPF) {Allen Walker}

Dear Judge Failla:

I am counsel for Allen Walker, a defendant in the above referenced matter.

Please accept this letter in lieu of a formal motion for an adjournment of Mr. Walker's sentencing which is currently scheduled for February 4, 2021.

Previously, Mr. Walker was released on bond due to health concerns in light of the Pandemic. He is currently residing in Georgia. I am requesting an adjournment as I seek to have the sentencing proceed when it is safe for Mr. Walker to travel to New York and, in the event a custodial sentence is imposed, when it will be safe for him to surrender to a jail. At this point, it is apparent these circumstances will not exist by the upcoming sentence date. Accordingly, I respectfully request the sentencing be adjourned for approximately sixty days to a date available on the Court's calendar during the week of April 5th or thereafter.

I have conferred with the Government and they consent to this request.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc: Frank Balsamello, AUSA
Government counsel of record (by ECF)
Allen Walker

---

Application GRANTED. The sentencing scheduled for February 4, 2021, is hereby adjourned to April 15, 2021, at 3:00 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Defendant's sentencing submission shall be due on or before April 1, 2021. The Government's sentencing submission shall be due to the Court on or before April 8, 2021.

Dated: January 19, 2021
New York, New York

SO ORDERED.

*Katherine Polk Failla*
HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE