MEMO ENDORSED

# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

| | |
|---|---|
| *Reply To:* | *Long Island Office* |
| **42-40 Bell Blvd, Suite 302** | **10 Bond St, Suite 389** |
| **Bayside, New York 11361** | **Great Neck, New York 11021** |
| **Tel (516) 829-2299** | **Tel (516) 829-2299** |
| *jp@jpittell.com* | *jp@jpittell.com* |

March 26, 2021

Hon. Katherine Polk Failla
U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *U.S. v. Nelson, et al*, 18 cr 454 (KPF) {Allen Walker}

Dear Judge Failla:

I am counsel for Allen Walker, a defendant in the above referenced matter.

Please accept this letter in lieu of a formal motion for an adjournment of Mr. Walker's sentencing which is currently scheduled for February 4, 2021.

Previously, Mr. Walker was released on bond due to health concerns in light of the Pandemic. He is currently residing in Georgia. I am requesting an adjournment as I seek to have the sentencing proceed when it is safe for Mr. Walker to travel to New York and, in the event a custodial sentence is imposed, when it will be safe for him to surrender to a jail. At this point, it is apparent these circumstances will still not exist by the upcoming sentence date. However, I have advised Mr. Walker to schedule an appointment for a Covid vaccine as it appears he is eligible under Georgia guidelines. Accordingly, I respectfully request the sentencing be adjourned for approximately thirty days to a date available on the Court's calendar during the week of May 17th or thereafter (excluding May 17-18, 20).

I have conferred with the Government and they consent to this request.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc:   Frank Balsamello, AUSA
      Government counsel of record (by ECF)
      Allen Walker

Application GRANTED, with the expectation that no further extensions will be granted.  The sentencing scheduled for April 15, 2021, at 3:00 p.m. shall be converted to a telephonic conference to discuss a recent violation of Defendant's terms of pretrial release.  At the appointed time, the parties shall call (888) 363-4749 and enter access code 5123533.  Please note, the conference will not be available prior to 3:00 p.m.  Additionally, the sentencing is hereby ADJOURNED to May 21, 2021, at 3:00 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.  Defendant's sentencing submission shall be due on or before May 7, 2021. The Government's sentencing submission shall be due to the Court on or before May 14, 2021.

Dated:     March 26, 2021              SO ORDERED.
           New York, New York

                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE