# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

| | |
|---|---|
| *Reply To:* | *Long Island Office* |
| **42-40 Bell Blvd, Suite 302** | **10 Bond St, Suite 389** |
| **Bayside, New York 11361** | **Great Neck, New York 11021** |
| Tel (516) 829-2299 | Tel (516) 829-2299 |
| *jp@jpittell.com* | *jp@jpittell.com* |

May 6, 2021



Hon. Katherine Polk Failla
U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *U.S. v. Nelson, et al*, 18 cr 454 (KPF) {Allen Walker}

Dear Judge Failla:

I am counsel for Allen Walker, a defendant in the above referenced matter.

Please accept this letter in lieu of a formal motion for a modification of Mr. Walker's bond.

Previously, Mr. Walker was released on bond due to health concerns in light of the Pandemic. As a condition of the bond, he was placed on home incarceration at residence in Georgia. Currently, Mr. Walker's case is scheduled for sentencing on May 21, 2021. It is my understanding the sentencing proceeding will be held in-person in the Courthouse. Under the current Courthouse entry protocol, set forth in the Fifth Amended Standing Order, Mr. Walker must be continuously present in New York for at least ten days prior to entering the Courthouse for the sentencing proceeding. Accordingly, please accept this letter in lieu of a formal motion requesting a modification of the bond which will: (1) permit Mr. Walker to travel from Georgia to New York; and (2) change his place of home incarceration from the residence in Georgia to one in New York.

I previously provided Pretrial Services with the name and telephone number of the person with whom Mr. Walker will reside in New York. In addition, I have discussed this request with both the Government and Pretrial Services. Neither has an objection to this request. If this request in approved, prior to traveling to New York, Mr. Walker will provide his itinerary to Pretrial Services.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc: Frank Balsamello, AUSA
Keyana Pompey, USPSO
Allen Walker

Application GRANTED.

Dated: May 6, 2021
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE