

# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*
**42-40 Bell Blvd, Suite 302**
**Bayside, New York 11361**
**Tel (516) 829-2299**
*jp@jpittell.com*

*Long Island Office*
**10 Bond St, Suite 389**
**Great Neck, New York 11021**
**Tel (516) 829-2299**
*jp@jpittell.com*

May 7, 2021

Hon. Katherine Polk Failla
U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *U.S. v. Nelson, et al*, 18 cr 454 (KPF) {Allen Walker}

Dear Judge Failla:

I am counsel for Allen Walker, a defendant in the above referenced matter.

I submit this letter as follow up to the Court's order, granted earlier today, authorizing the modification of Mr. Walker's bond permitting him to travel to New York to appear for his sentencing proceeding.

Mr. Walker reports his mother is in the hospital (in Atlanta). Prior to this traveling to New York, he desires to visit with her. I am informed by Pretrial Services that they do not object to Mr. Walker visiting his mother but inform that Court approval is required. I have conferred with the Government and they defer to Pretrial Services. Accordingly, by this letter, I respectfully request Mr. Walker be permitted to visit his mother. If this request in approved, Mr. Walker will coordinate the visitation schedule Pretrial Services.

In addition, I respectfully request the Court's indulgence and grant me leave to file Mr. Walker's sentencing submission on Wednesday, May 11, 2021 and the Government's submission be filed on May 17, 2021. I have conferred with the Government and they do not object to this request.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc:  Frank Balsamello, AUSA
     Keyana Pompey, USPSO
     Allen Walker

```
Both applications are hereby GRANTED.

Dated:    May 7, 2021
          New York, New York
```

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE