# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*  
42-40 Bell Blvd, Suite 302  
Bayside, New York 11361  
Tel (516) 829-2299  
*jp@jpittell.com*

*Long Island Office*  
10 Bond St, Suite 389  
Great Neck, New York 11021  
Tel (516) 829-2299  
*jp@jpittell.com*

September 16, 2025

Hon. Katherine Polk Failla  
U.S. Courthouse  
40 Foley Square  
New York, NY 10007



Re: *U.S. v. Nelson, et al*, 18 cr 454 (KPF) {Allen Walker}-- Violation of Supervised Release

Dear Judge Failla:

I am counsel for Allen Walker, a defendant in the above referenced matter.

Previously this matter was placed on the Court's calender for an initial appearance on September 25, 2025. Due to a scheduling conflict, I inquired about the matter be rescheduled to a different date. Following consultation with Chambers and the parties, it appears the next mutually available date is October 28, 2025 at 3 p.m. Accordingly, please accept this letter in lieu of a formal motion requesting an adjournment of the appearance from September 25, 2025 to October 28, 2025 at 3 p.m.

I have conferred with the Government and Probation and they do not object to this request.

Respectfully submitted,  
/s/  
Jeffrey G. Pittell

cc:   Frank Balsamello, AUSA  
      Robert Harris, USPO

Application GRANTED.  The initial appearance currently scheduled for September 25, 2025, is hereby ADJOURNED to **October 28, 2025, at 3:00 p.m.**  The appearance will take place in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The Clerk of Court is directed to terminate the pending motion at docket entry 407.

Dated:    September 16, 2025          SO ORDERED.
          New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE