# MAHER & PITTELL, LLP
### ATTORNEYS AT LAW

*Reply To:*
**42-40 Bell Blvd,  Suite 302**
**Bayside, New York  11361**
**Tel  (516) 829-2299**
*jp@jpittell.com*

*Long Island Office*
**10 Bond St,  Suite 389**
**Great Neck, New York  11021**
**Tel  (516) 829-2299**
*jp@jpittell.com*

April 24, 2026

Hon. Katherine Polk Failla
U.S. Courthouse
40 Foley Square
New York, NY 10007



Re:  *U.S. v. Nelson, et al*, 18 cr 454 (KPF) {Allen Walker}-- Violation of Supervised Release

Dear Judge Failla:

I am counsel for Allen Walker, a defendant in the above referenced matter.

Currently this matter is on the Court's calender for a status conference on May 1, 2026. During the previous conference, I requested the disposition of the VOSR be held in abeyance pending the resolution of a New York state criminal proceeding against Mr. Walker (the "State Case") which is the basis for all the Specifications in the VOSR.

Recently, the Sate Case was adjourned to May 19, 2026.  Due to this circumstance, please accept this letter in lieu of a formal motion requesting an adjournment of the upcoming conference to June 17, 2026 at 10:00 a.m.  It is my understanding this date is available on the Court and parties' calendars.

I conferred with the Government and Probation.  They do not object to this request.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc:   Frank Balsamello, AUSA
      Robert Harris, USPO

Application GRANTED.  The VOSR conference currently scheduled for May 1, 2026, is hereby ADJOURNED to **June 17, 2026,** at **10:00 a.m.**  The Clerk of Court is directed to terminate the pending motion at docket entry 445.

Dated:     April 24, 2026
           New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE