# MAHER & PITTELL, LLP

ATTORNEYS AT LAW

*Reply To:*                                                                                                    *Long Island Office*
**42-40 Bell Blvd, Suite 302**                                                     **10 Bond St, Suite 389**
**Bayside, New York 11361**                                              **Great Neck, New York 11021**
**Tel (516) 829-2299**                                                                    **Tel (516) 829-2299**
*jp@jpittell.com*                                                                                   *jp@jpittell.com*

June 14, 2026

Hon. Katherine Polk Failla
U.S. Courthouse
40 Foley Square
New York, NY 10007



Re: *U.S. v. Nelson, et al*, 18 cr 454 (KPF) {Allen Walker}-- Violation of Supervised Release

Dear Judge Failla:

I am counsel for Allen Walker, a defendant in the above referenced matter.

Currently this matter is on the Court's calender for a status conference on to June 17, 2026 at 10:00 a.m. During the previous conference, I requested the disposition of the VOSR be held in abeyance pending the resolution of a New York state criminal proceeding against Mr. Walker (the "State Case") which is the basis for all the Specifications in the VOSR.

The State Case is now currently scheduled for July 10, 2026. Due to this circumstance, please accept this letter in lieu of a formal motion requesting an adjournment of the upcoming conference to July 22, 2026 at 11:30 a.m. It is my understanding this date is available on the Court and parties' calendars.

I conferred with the Government and Probation. They do not object to this request.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc:    Frank Balsamello, AUSA
       Robert Harris, USPO

Application GRANTED.  The VOSR conference currently scheduled for June 17, 2026, is hereby ADJOURNED to **July 22, 2026,** at **11:30 a.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 451.

Dated:      June 15, 2026            SO ORDERED.
            New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE