# MAHER & PITTELL, LLP

ATTORNEYS AT LAW

*Reply To:*
**42-40 Bell Blvd, Suite 302**
**Bayside, New York 11361**
**Tel (516) 829-2299**
***jp@jpittell.com***

*Long Island Office*
**10 Bond St, Suite 389**
**Great Neck, New York 11021**
**Tel (516) 829-2299**
***jp@jpittell.com***


July 15, 2026

Hon. Katherine Polk Failla
U.S. Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: *U.S. v. Nelson, et al*, 18 cr 454 (KPF) {Allen Walker}-- Violation of Supervised Release

Dear Judge Failla:

I am counsel for Allen Walker, a defendant in the above referenced matter.

Currently this matter is on the Court's calender for a status conference on July 22, 2026. During the previous conference, and in prior correspondence, I requested the disposition of the VOSR be held in abeyance pending the resolution of a New York state criminal proceeding against Mr. Walker (the "State Case") which is the basis for all the Specifications in the VOSR.

The State Case is currently scheduled for September 15, 2026. Due to this circumstance, please accept this letter in lieu of a formal motion requesting an adjournment of the upcoming conference to a date during the week of October 5, 20226, subject the Court and parties' availability.

I conferred with the Government and Probation. They do not object to this request.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc: Frank Balsamello, AUSA
Robert Harris, USPO

Application GRANTED. The VOSR conference currently scheduled for July 22, 2026, is hereby ADJOURNED to **October 7, 2026**, at **3:00 p.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The Clerk of Court is directed to terminate the pending motion at docket entry 453.

SO ORDERED.

Dated: July 16, 2026
New York, New York

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE